FILED
2/16/2015 4:26:23 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2012-CI-14023

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | BEXAR COUNTY, TEXAS |
| ALICIA BRYAN HAYNES | § | |
| AND | § | |
| JUSTIN V. HAYNES | § | 166TH JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/26/2015 1:20:54 PM
KEITH E. HOTTLE
Clerk

## <u>JUSTIN V. HAYNES' NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JUSTIN V. HAYNES in the above-styled and numbered cause and files, pursuant to Texas Rule of Appellate Procedure 27.1, this Notice of Appeal perfecting his appeal to the Fourth Court of Appeals, San Antonio, Texas, from any final judgment rendered in this proceeding.

Respectfully submitted,

*/s/ Ryan G. Anderson*_____
Ryan G. Anderson
State Bar No. 00783546
LAW OFFICES OF RYAN G. ANDERSON, PLLC
115 E. Travis, Suite 1403
San Antonio, Texas 78205
Tel: (210) 399-0198
Fax: (210) 855-5050
ryan@rgalawpc.com

Richard O. Orsinger
State Bar No. 15322500
Amber Alwais
State Bar No. 00796953
MCCURLEY ORSINGER MCCURLEY NELSON
& DOWNING, L.L.P.
1717 Tower Life Building
San Antonio, Texas 78205
Tel: (210) 225-5567
Fax: (210) 267-7777
***Attorneys for the** Justin V. Haynes*

## CERTIFICATE OF SERVICE

I certify that on February 16, 2015, a true and correct copy of this document was served by certified mail, return receipt requested, facsimile, or other method allowed pursuant to the Texas Rules of Procedure on:

Whitney N. Rawlinson
Eric Lipper
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002

Biff Pennypacker
WILSON, PENNYPACKER & THOMPSON LLP
8620 N. New Braunfels, Suite 101
San Antonio, Texas 78217

***Attorneys for Alicia Bryan Haynes***

*/s/ Ryan G. Anderson*_____
RYAN G. ANDERSON